# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00270-CR

**Lamarr Casey, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. 3040505, HONORABLE BOB PERKINS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Lamarr Casey seeks to appeal from a judgment of conviction for attempted arson.

The trial court has certified that this is a plea bargain case and Casey has no right of appeal. *See* Tex.

R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed: June 24, 2005

Do Not Publish